IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. DNCW3:22CR284-1 |
| Plaintiff, | ) | (Financial Litigation Unit) |
| | ) | |
| v. | ) | |
| | ) | |
| JAMAL SAYMEH, | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 13th day of June, 2023, upon consideration of the United States of America's motion for turnover of funds held by the United States Marshals Service be applied to special assessment and restitution in this case (Doc. No. 30), and any response thereto, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED**.

It is **FURTHERED ORDERED** that the United States Marshals Service remit funds in its possession in the amount of $8,623.56, reference numbers 22-EPA-000002 and 22-EPA-000003, to the Clerk of Court, United States District Court for the Western District of North Carolina, located at 401 West Trade Street, Charlotte, NC 28202, to apply the funds to the special assessment and restitution as ordered in the judgment.

Signed: June 13, 2023

_____
Frank D. Whitney
United States District Judge

1